UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELMUTAZ OSMAN<br>    Plaintiff,<br><br>v.<br><br>WILLIAM DWAN, EDWARD GLEESON, MICHAEL O'HARA, THE CITY OF BOSTON, and JOHN DOES 1-5<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 20-CV-11356-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT SCHEDULING STATEMENT

Pursuant to the Notice of Scheduling Conference, Local Rule 16.1(d), and Fed. R. Civ. P. 26(f)(3), and after conferring, the Parties in the above-captioned matter submit the following Joint Statement.

    A.    <u>Agreed-to Timetable for Discovery and Motion Practice</u>

    1.    Initial Disclosures:

The parties agree that initial disclosures shall be completed by January 14, 2022.

    2.    Amendments to Pleadings:

Except for good cause shown, no motions seeking leave to add new parties or amend the pleadings to assert new claims or defenses may be filed after February 28, 2022.

    3.    Fact Discovery:

        a.    All written discovery completed by August 31, 2022.

  b. Fact witness depositions completed by September 30, 2022.

4. Expert Discovery:

  a. Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) due by September 30, 2022.

  b. Defendants' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) due by October 31, 2022.

  c. Expert depositions must be completed by November 30, 2022.

5. Close of discovery:

All discovery completed by November 30, 2022.

6. Dispositive motions:

  a. Dispositive motions, such as motions for summary judgment, partial motions for summary judgment, or motion for judgment on the pleadings must be filed by December 31, 2022.

  b. Opposition to dispositive motions due January 15, 2023.

B. <u>Initial Pretrial Conference</u>

To be determined by the Court.

C. <u>Settlement Proposals</u>

Plaintiff intends to provide a written settlement proposal by December 15, 2021.

D. <u>Local Rule 16(d)(3) Certifications</u>

The parties' certifications pursuant to Local Rule 16.1.(d)(3) are being filed separately with the Court.

E. <u>Magistrate Judge</u>

The parties do not consent to the reassignment of this case to a magistrate judge for all purposes.

Respectfully submitted,

| PLAINTIFF | DEFENDANTS |
|---|---|
| Elmutaz Osman, | By their Attorneys: |
| By his Attorneys, | Adam Cederbaum<br>Corporation Counsel |
| By: */s/ Eric Sommers*<br>Eric M. Sommers (BBO #649611)<br>Sommers Law, PLLC<br>58 N. State Street<br>Concord, NH 03301<br>Tel.: (603) 570-4854<br>Fax.: (603)319-1934<br>Eric@sommerslaw.com | By: */s/ Nieve Anjomi*<br>Nieve Anjomi (BBO#651212)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4098<br>nieve.anjomi@boston.gov |